# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CALVIN SCHAEFER, et al., ) <br> ) <br> Defendants. ) | Case No. 2:03-cr-0542-JCM (PAL) <br><br> **ORDER** <br> (Joinders - ## 1160, 1161, 1162, 1163, 1164, 1165, 1166, 1167, 1168, 1169, 1170, 1173, 1174, 1175, 1176, 1177, 1178, 1179, 1181, 1182, 1195, 1221) |

This matter is before the court on a series of joinders. Defendants Calvin Schaefer, Charles Acosta, Raymond Foakes, Rodney Cox, Jesse Mahon, Brian Wolff, Sohn Regas, Montgomery Elliott, Daniel Roay, Donald Smith, John Ward, Ricky Jenks, Ron Arnone, Jason Peterson, Richard Fabel, Michael Smullen, Matthew Carlock, Patrick Kalabolas, James Hannigan and Steve Eades seek to join in co-defendant Michael Hurn's Motion for Election and Dismissal of Counts for Multiplicity (#1123). (Joinders ## 1160, 1161, 1162, 1163, 1164, 1165, 1166, 1167, 1168, 1169, 1170, 1173, 1174, 1175, 1176, 1177, 1178, 1179, 1181, 1182, 1195.) The undersigned recommended denying the Motion for Election and Dismissal of Counts for Multiplicity (#1123) in an May 26, 2006 Report of Findings and Recommendation (#1217).

In addition, defendant Jason Peterson seeks to join in co-defendant Michael Hurn's Motion to Dismiss for Vindictive Prosecution and for Discovery Related Thereto (#1122). (Joinder #1221.) The undersigned recommended denying the Motion to Dismiss for Vindictive Prosecution and for Discovery Related Thereto (#1122) in the same May 26, 2006 Report of Findings and Recommendation (#1217).

Having reviewed and considered the matter,

/ / /

**IT IS ORDERED**

1. Defendants Calvin Schaefer, Charles Acosta, Raymond Foakes, Rodney Cox, Jesse Mahon, Brian Wolff, Sohn Regas, Montgomery Elliott, Daniel Roay, Donald Smith, John Ward, Ricky Jenks, Ron Arnone, Jason Peterson, Richard Fabel, Michael Smullen, Matthew Carlock, Patrick Kalabolas, James Hannigan and Steve Eades are given leave to join in Michael Hurn's Motion for Election and Dismissal of Counts for Multiplicity (#1123) and shall be afforded the same relief provided in the undersigned's Report of Findings and Recommendation (#1217).

2. Defendant Jason Peterson is given leave to join in Michael Hurn's Motion to Dismiss for Vindictive Prosecution and for Discovery Related Thereto (#1122) and shall be afforded the same relief provided in undersigned's Report of Findings and Recommendation (#1217).

Dated this 5th day of June, 2006.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE