# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:03-CR-542 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| CHARLES ACOSTA, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *United States of America v. Acosta et al*, case number 2:03-cr-00542-JCM-PAL.

Two motions in the case remain outstanding: the government's proposed jury instruction concerning the striking of certain testimony (ECF No. 1450) (filed 10/09/2006), and the government's motion for the court to reconsider its decision striking testimony of James Howard Richey. (ECF No. 1456) (filed 10/11/2006).

The court has already entered judgment against or dismissed each named defendant in the case. In light of the foregoing, the government's proposed jury instruction (ECF No. 1450) and motion (ECF No. 1456) are denied as moot.

Accordingly,

IT IS SO ORDERED.

DATED August 31, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**